UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICARDO L. RUSAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16CV00973 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order issued on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Ricardo L. Rusan's Petition Pursuant to 28 U.S.C. § 2255 [1] and Amended Petition Pursuant to 28 U.S.C. § 2255 [2] are **DENIED**, **with prejudice**.

So Ordered this 26th day of March, 2018.

*E. Richard Webber* (signature)

**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**